**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| CHET MICHAEL WILSON and ANTWANE JOHNSON, on behalf of themselves and others similarly situated, | ) ) ) ) | CASE NO. 5:25-CV-522 |
| Plaintiffs, | ) ) | JUDGE JOHN R. ADAMS |
| v. | ) ) | |
| LEAFFILTER NORTH, LLC, | ) ) ) | **DEFENDANT LEAFFILTER NORTH, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | ) ) | |

Defendant LeafFilter North, LLC ("LeafFilter"), by and through its undersigned counsel, and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.13(b), hereby states as follows:

1. LeafFilter is not a publicly held corporation nor a publicly held entity.
2. No publicly held corporation owns 10% or more of the stock of LeafFilter.
3. LeafFilter's ultimate parent is Leaf Home, LLC.
4. There are no publicly held corporations (including their affiliates) that have a substantial financial interest in the outcome of the above-captioned case.

Respectfully submitted,

*/s/ Nora K. Cook*
NORA K. COOK (0086399)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Email: ncook@beneschlaw.com

*--and--*

MARK S. EISEN (*pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Email: meisen@beneschlaw.com

*Attorneys for Defendant LeafFilter North, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 21, 2025**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*/s/ Nora K. Cook*
*One of the Attorneys for Defendant LeafFilter North, LLC*