**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CHET MICHAEL WILSON, *et al.*, individually and on behalf of all others similarly situated, | ) CASE NO. 5:25-CV-0522-JRA ) ) ) |
| Plaintiffs, | ) JUDGE JOHN R. ADAMS ) ) |
| vs. | ) **JOINT MOTION TO RESET CASE** ) **MANAGEMENT CONFERENCE** |
| LEAFFILTER NORTH, LLC | ) ) |
| Defendant. | ) |

Plaintiffs Chet Michael Wilson and Antwane Johnson ("Plaintiffs") and Defendant LeafFilter North, LLC ("LeafFilter") hereby respectfully move this Court to reset the Case Management Conference. In support thereof, the Parties states as follows:

1. On March 20, 2025, this Court set a Case Management Conference ("CMC") for April 30, 2025 at 11:00 a.m. (Dkt. 9.)

2. Plaintiffs have a conflict on April 30, 2025 impacting their ability to attend the CMC.

3. Lead counsel for LeafFilter has a previously scheduled hearing set in the District of Minnesota on April 30, 2025. *See Donahue v. Your Home Improvement Company, LLC*, No. 24-cv-04004-JWB-LIB, Dkt. 30 (D. Minn. Jan. 27, 2025).

4. The Parties thus respectfully request that the CMC be reset. Pursuant to this Court's March 20, 2025 Order, the Parties have conferred and are available for in-person attendance on May 14, May 15 and May 16, 2025.

April 16, 2025

*s/ Anthony I. Paronich (via email consent)*
BRIAN T. GILES
**GILES & HARPER**
7247 Beechmont Avenue
Cincinnati, OH 45230
Telephone: 513-379-2715
Email: bgiles@gilesharper.com

ANTHONY I. PARONICH
(admitted *pro hac vice*)
**PARONICH LAW**
350 Lincoln Street, Ste. 2400
Hingham, MA 02043
Telephone: 508-221-1510
Facsimile: 508-318-8100
Email: anthony@paronichlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

*s/ Nora K. Cook*
NORA K. COOK (0086399)
**BENESCH, FRIEDLANDER, COPLAN &
   ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  ncook@beneschlaw.com

MARK S. EISEN (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN &
   ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: meisen@beneschlaw.com

*Attorneys for Defendant for LeafFilter North, LLC*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed with the Clerk of Court for the United States District Court for the Northern District of Ohio on the 16th day of April, 2025 using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

*/s/ Nora K. Cook*
*One of the Attorneys for Defendant*

2

25847460 v1