Motion Granted.  The CMC is rescheduled for  May 15, 2025 at 1:00 pm.
*/s/ John R. Adams*
U.S. District Judge
April 16, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 5:25-CV-0522-JRA |
| | ) | |
| Plaintiffs, | ) ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) ) | **JOINT MOTION TO RESET CASE MANAGEMENT CONFERENCE** |
| LEAFFILTER NORTH, LLC | ) ) | |
| Defendant. | ) | |

Plaintiffs Chet Michael Wilson and Antwane Johnson ("Plaintiffs") and Defendant LeafFilter North, LLC ("LeafFilter") hereby respectfully move this Court to reset the Case Management Conference.  In support thereof, the Parties states as follows:

1.      On March 20, 2025, this Court set a Case Management Conference ("CMC") for April 30, 2025 at 11:00 a.m.  (Dkt. 9.)

2.      Plaintiffs have a conflict on April 30, 2025 impacting their ability to attend the CMC.

3.      Lead counsel for LeafFilter has a previously scheduled hearing set in the District of Minnesota on April 30, 2025.  *See Donahue v. Your Home Improvement Company, LLC*, No. 24-cv-04004-JWB-LIB, Dkt. 30 (D. Minn. Jan. 27, 2025).

4.      The Parties thus respectfully request that the CMC be reset.  Pursuant to this Court's March 20, 2025 Order, the Parties have conferred and are available for in-person attendance on May 14, May 15 and May 16, 2025.