**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, *et al.*,<br>individually and on behalf of all<br>others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEAFFILTER NORTH, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:25-CV-0522-JRA<br><br>JUDGE JOHN R. ADAMS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Chet Michael Wilson and Antwane Johnson ("Plaintiffs") and Defendant LeafFilter North, LLC ("LeafFilter") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismissal of Plaintiffs' respective claims with prejudice, and the claims of the putative class members without prejudice, and without costs. All claims having been resolved, this action should be terminated.

Date: May 7, 2025

*s/ Anthony I. Paronich (via email consent)*__
BRIAN T. GILES
**GILES & HARPER**
7247 Beechmont Avenue
Cincinnati, OH 45230
Telephone: 513-379-2715
Email: bgiles@gilesharper.com

ANTHONY I. PARONICH
(admitted *pro hac vice*)
**PARONICH LAW**
350 Lincoln Street, Ste. 2400
Hingham, MA 02043
Telephone: 508-221-1510
Facsimile: 508-318-8100
Email: anthony@paronichlaw.com

*Attorneys for Plaintiffs*

*s/ Nora K. Cook*____________________
NORA K. COOK (0086399)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: ncook@beneschlaw.com

MARK S. EISEN (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: meisen@beneschlaw.com

*Attorneys for Defendant for LeafFilter North, LLC*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing *Stipulation of Dismissal with Prejudice* was filed with the Clerk of Court for the United States District Court for the Northern District of Ohio on the 7th day of May, 2025 using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

*/s/* Nora K. Cook________________
*One of the Attorneys for Defendant*