It is so Ordered. This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
May 8, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 5:25-CV-0522-JRA |
| Plaintiffs, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| LEAFFILTER NORTH, LLC | ) ) ) | |
| Defendant. | ) ) | |

Plaintiffs Chet Michael Wilson and Antwane Johnson ("Plaintiffs") and Defendant LeafFilter North, LLC ("LeafFilter") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismissal of Plaintiffs' respective claims with prejudice, and the claims of the putative class members without prejudice, and without costs. All claims having been resolved, this action should be terminated.

Date: May 7, 2025